# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

v.

RONALD BORCHERT

MAGISTRATE JUDGE DENLOW

**CRIMINAL COMPLAINT**

CASE NUMBER 03CR1199

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about December 22, 2003 in Cook county, in the Northern District of Illinois, and elsewhere defendant did,

TRAVEL IN INTERSTATE COMMERCE, WITH THE INTENT AND FOR THE PURPOSE OF ENGAGING IN ILLICIT SEXUAL CONDUCT (AS DEFINED IN TITLE 18, UNITED STATES CODE, SECTION 2423(f)), WITH A PERSON UNDER 18 YEARS OF AGE.

in violation of Title 18 United States Code, Section 2423(b).

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

See attached affidavit.

Continued on the attached sheet and made a part hereof: _X_ Yes ___ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

December 22, 2003                    at    Chicago, Illinois
Date                                        City and State

MORTON DENLOW, U.S. Magistrate Judge        _____
Name & Title of Judicial Officer             Signature of Judicial Officer

STATE OF ILLINOIS            )
                             )   SS
COUNTY OF COOK               )

## AFFIDAVIT

I, Suzanne L. Beckerman, being duly sworn, do hereby depose and state:

### I. INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), and am assigned to the Cyber Crime Squad. I have been a Special Agent with the FBI for 1 year and 10 months. In my capacity as a Special Agent, I am assigned to investigate violations of federal law, including crimes against children (CAC), and other violent crimes.

2. I am a CAC coordinator of the Chicago Division of the FBI, and as such, investigate cases concerning CAC, such as child pornography (production, distribution, and possession), and interstate travel for illegal purposes where children are victimized, or are intended to be victimized. I have participated in multiple investigations regarding interstate travel for the purpose of engaging in sex with minors.

3. In addition to my experience, I have received training in the investigation of computer-related crimes, protecting children online, crimes against children online undercover certification, and I have attended the Dallas Crimes Against Children Conference.

4. The information contained within this affidavit is

1

based on my personal observations and training, as well as on information related to me by other law enforcement officers. This affidavit does not, however, contain everything I know about this investigation or all the information, obtained during the course of this investigation.

5. This affidavit is made in support of a complaint charging RONALD E. BORCHERT with violating Title 18, United States Code, Section 2423(b), which states:

> A person who travels in interstate commerce, . . . for the purpose of engaging in any illicit sexual conduct with another person shall be fined under this title or imprisoned not more than 30 years, or both

6. The term "illicit sexual conduct" is defined as a sexual act (as defined in 18 U.S.C. § 2246) with a person under 18 years of age that would be in violation of Chapter 109A of Title 18 if the sexual act occurred in the special maritime and territorial jurisdiction of the United States. Sexual intercourse falls within this definition.

**THE INVESTIGATION**

7. Cook County Sheriff's Police Department Deputy Tiffany Russ routinely acts in an undercover capacity by entering Internet "chat rooms" while posing as a minor child. On or about October 21, 2003, Deputy Russ was acting in an undercover capacity as a 15 year old female child named Melanie using the screen name "goody_ii_shoes2003" (hereinafter "Melanie"). Deputy Russ was utilizing Yahoo

2

Messenger (hereinafter "Yahoo") on an undercover computer. Deputy Russ went to a Yahoo chat room named "young school girls for teacher:1" when an individual using the screen name "hoseron," (hereinafter "Ron") initiated a computer "chat" conversation.

8. During the first chat on 10/21/2003, Ron wrote, "want to see a gym teacher cum?," to which Melanie replied, "grossim only 15." Ron then responded, "I've dated girls your age." Ron further went on to ask, "o, so you're a virgin." Melanie replied, "yes." Melanie inquired, "what does your screen name mean" to which Ron replied, "hose is my dick, ron is my first name." While masturbating for Melanie on his web cam (a video camera that produces images over the Internet), Ron went on to ask Melanie "so when you gonna get that cherry popped," "if no one found out would you do me," "would you try to sit on this", "do you think you wanna be cummed in," and "when is your period?" During this chat, Ron asked Melanie, "would your mom let you keep it if you got prego," and wrote "you could stay here if you had too." Ron advised during this chat that he is 29 years old, a "phys ed teacher" and from "mn."

9. During a chat on 10/27/2003, Ron inquired if Melanie had thought "about us dating on and off when i can get to IL?" Ron further wrote, "you wouldnt say anything to anyone would you," and "ok, if i buy you things, would your mom find out?" During this chat, Ron continued to discuss

3

"Melanie's" menstrual cycle and the possibility of pregnancy and advised, "if we hooked up right before your period, i could cum inside you." Ron also advised, "i can meet you not this coming weekend but the following weekend, "now, i will have a room in a hotel, do you wanna go there or just do it in the car?"

10. In a chat on 10/30/2003, Ron wrote, "wanna see the cock that will fuck you soon?" while exposing himself to Melanie on his web cam. During this chat, Ron asked, "wanna meet in nov," and "you wanna date secretly."

11. During a chat on 11/5/2003, Melanie wrote that she did not think Ron was serious about meeting her. Ron replied he was serious, "but you have to keep quiet." Melanie then wrote, "as long as you don't tell my mom," to which Ron responded, "hell no," "she have me put in jail." During this chat, Ron gave Melanie a toll free number to his home office. The telephone number was 888-844-8873. An online reverse look up of the telephone number reveals the number is registered to Country Green Lawn Pro located in Hackensack, MN.

12. On November 17, 2003, Melanie wrote, "so are u liek my bf [boyfriend] now," to which Ron responded, "you cant talk alot about it yet though"..."because your a minor,"..."we would both get in trouble." During this chat, Ron wrote, "you know since youve never had sex before, you might bleed a bit," and instructed Melanie to "bring a pad."

4

Ron further asked Melanie if she "ever played with yourself", "ever played with your pussy, no," and "ever tried to suck a guy off before?"

13. On November 18, 2003, at approximately 3:04 p.m., Deputy Russ, acting in an undercover capacity as Melanie, placed a phone call to Ron at 888-844-8873. During this conversation, which was recorded, Ron advised he would be arriving in Chicago late Saturday night, which would have been November 22, 2003. Ron and Melanie discussed how Ron would call after 8:30 a.m. on Sunday since Melanie's mother should not be home. Ron advised Melanie he would be calling with his cellular telephone (number 218-820-0846) on Sunday and asked if Melanie had caller ID. During the conversation, Ron and Melanie agreed to meet at the McDonald's located on Des Plaines and Madison in Forest Park. During the conversation, Melanie expressed concerns about not wanting to get pregnant to which Ron advised she (Melanie) could go back to Minnesota with him if she wanted. Ron further advised the age of consent in Minnesota is 16 and they could get married then.

14. During a chat on November 18, 2003, Ron wrote, "if i wanted you to move in with me, would you?," and "if i asked you to, would you have my baby?" Ron further wrote, "you would marry me when your 16, and the baby wont be born till after your 16," "and you can do your ged online." Ron indicated during this chat that he would be driving a red

5

Taurus, wearing a leather jacket or a Columbia parka and wearing on a black baseball cap.

15. On November 19, 2003, at approximately 2:35 p.m., Deputy Russ, acting in an undercover capacity as Melanie, placed a phone call to Ron at 888-844-8873. During this conversation, which was recorded, Ron confirmed he would be arriving on Sunday, November 23, 2003, and would call when he was near Forest Park. Ron also advised he would try to stay somewhere nearby. Ron told Melanie they would be doing a lot of "experimenting." Ron advised he would bring lubricant since this would be a "sore thing" for Melanie because it would be her first time having sexual intercourse.

16. Due to weather conditions, Ron did not travel to Illinois that weekend. Instead, on November 22, during an offline message, Ron wrote, "im sorry babe, its just not good to drive in this stuff. i got to st cloud and couldnt see shit. the roads are waay bad." "im gonna call you in the morning." In an offline message later in the day, Ron wrote to Melanie, "you know i want yo. let me know what you have going on the weekend after thanksgiving. and if you wann get pregnant, id be happy to either way. cause id have you move in with me here."

17. During chats on November 25, 2003 and November 26, 2003, Ron and Melanie discussed meeting on the upcoming Sunday, November 23, 2003. Again, Ron reiterated, "no

matter what happens, we cant say anything to anyone."

18. On November 29, 2003, at approximately 9:58 PM, Ron sent Melanie an offline message stating, "im gonna take off now babe," "iw ill see you around 8 or so," "talk to you then," "my cell is 218-820-0846." Ron did not call on Sunday morning, November 23, 2003 and on December 3, 2003, sent an offline message to Melanie explaining he had received a page to assist in the search for a missing college student named Dru and therefore could not come.

19. During a chat on December 8, 2003, Ron wrote, "im really sorry for the failed attempts of me coming to see you." Ron asked "Melanie," "when is your period again," "its later in the month right." Melanie responded, "should be this week." Ron then wrote, "dang," "i wanted to cum in you so you could feel it," "but not while your period is after we meet," "i will just pull out." Ron continued to write, "you wanna date right?" "We have to be careful though ok."

20. On December 8, 2003, at approximately 2:35 p.m., Deputy Russ, acting in an undercover capacity as Melanie, placed a phone call to Ron at 888-844-8873. During this conversation, which was recorded, Ron discussed meeting Melanie on December 22, 2003.

21. During a chat on December 15, 2003, Ron asked, "you ok if i have your viginity babe?" Ron also confirmed he would be coming on Monday, December 22, 2003, by writing,

"im coming monday ok." During this chat, Ron asked "Melanie," "you wanna get naughty when im there?"..." "you want me to lick your pussy," "you seen my dick, would you suck it?"

22. During a chat on December 19, 2003, Ron wrote "im going to stay at forest park, havent had looked exactly where." Melanie, then responded "ok then we can meet at the mcdonalds by my house ok." Ron asked Melanie, "what do you wanna do?" to which Melanie wrote, "idunno waht do u wanan do." Ron then wrote, "your way too hot to just look at, LOL."

23. In an offline message to Melanie from Ron, Ron wrote, "hey babe, i couldnt get anything in forest park, so i had to settle for a room in river grove a few miles away," and "i will call you after 9 AM Monday."

24. On December 22, 2003, at approximately 10:00 AM, Ron arrived at the McDonald's Restaurant located at the corner of Des Plaines and Madison in Forest Park, Illinois and approached Deputy Russ, acting in an undercover capacity as Melanie. Ron stated, "Mel, there you are." Ron arrived at McDonald's driving a red, 1995 Ford Taurus bearing Minnesota license plates HHW974. This vehicle is registered to Ronald Borchert of Hackensack, Minnesota. Ron was wearing a leather jacket and a black baseball cap. Ron was then taken into custody.

**CONCLUSION**

25. Based on the evidence described in this affidavit and my experience and training, I believe that probable cause exists to believe that on or about December 22 2003, in the Northern District of Illinois, and elsewhere, Ronald Borchert, traveled in interstate commerce from Hackensack, Minnesota to the Northern District of Illinois for the purpose of engaging in illicit sexual conduct with another person for which a person can be charged with a criminal offense, in violation of Title 18, United States Code, Sections 2423(b).

Further affiant sayeth not.

*Suzanne J. Beckerman*
Special Agent
Suzanne L. Beckerman
Federal Bureau of
Investigation

Subscribed and sworn to before
me this 22nd day of December, 2003.

*Morton Denlow*
Hon. Morton Denlow
U.S. Magistrate Judge

9